## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY L. WIESE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:04CV3195** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOHN HJERSMAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendants' oral motion to move the date and time of the final pretrial conference.  Upon consideration, the motion will be granted.

**IT IS ORDERED**:

1.      The defendant's oral motion to move the date and time of the final pretrial conference is granted as set forth below.

2.      The **final pretrial conference** previously scheduled for April 17, 2006, at 11:00 a.m. is hereby **rescheduled to April 13, 2006, at 4:00 p.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge **on or before close of business on April 11, 2006,** a copy of the final agreed-on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive **on or before close of business on April 11, 2006**.

DATED this 28th day of March, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge