IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. WIESE, | ) | |
| | ) | 4:04CV3195 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN HJERSMAN, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY GRUBBS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Nathan R. Watson (Filing No. 90) as counsel for the third-party defendant Terry Grubbs. Counsel states Mr. Watson was inadvertently added, but Terry Grubbs continues to be represented by other counsel from the same law firm. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motions for leave to withdraw of Nathan R. Watson (Filing No. 90) as counsel for the third-party defendant Terry Grubbs is granted.

2. The Clerk of Court shall stop all electronic notices to Nathan R. Watson regarding this case.

DATED this 29th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge