IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY L. WIESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CV3195 |
| vs. ) | |
| ) | ORDER |
| JOHN HJERSMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| vs. ) | |
| ) | |
| TERRY GRUBBS, ) | |
| ) | |
| Third-Party Defendant. ) | |

This matter is before the court following a conference with counsel for the parties on April 13, 2006.

**IT IS ORDERED:**

A **telephone** status conference with the undersigned magistrate judge will be held on **April 28, 2006** at **2:00 p.m. Central Daylight Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 17th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge