IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA

**MAY 11 2006**

**OFFICE OF THE CLERK**

| | | |
|---|---|---|
| JEFFREY L. WIESE, | ) | Case Number:  4:04CV3195 |
| Plaintiff | ) | |
| | ) | **CONSENT TO EXERCISE** |
| v. | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| JOHN HJERSMAN, et al., | ) | **AND** |
| Defendants | ) | **ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| | For _Jeffrey L. Wiese_ | 4/13/06 |
| | For _John & Marcus Hjersman_ | 4/13/06 |
| | For _Allied Mutual Group_ | 4/28/06 |
| | For _Tracey Sanders_ | 5/4/06 |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable <u>Thomas D. Thalken,</u> United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_5/11/06_
Date

United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.