# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. WIESE, | ) | |
| | ) | 4:04CV3195 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JOHN HJERSMAN, Individually and as Parent and Legal Guardian of Marcus Hjersman, and MARCUS HJERSMAN, a Minor, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ALLIANCE MOTOCROSS ASSOCIATION, INCORPORATED, | ) | |
| | ) | |
| Defendant and, Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY GRUBBS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Upon the letter request of counsel for defendant Alliance Motorcross Association, Inc. the **pretrial conference** previously scheduled for September 12, 2006, at 11:00 a.m. in North Platte, Nebraska is hereby **rescheduled to September 11, 2006, at 1:30 p.m. in North Platte, Nebraska**.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge