IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. WIESE, | ) | |
| | ) | 4:04CV3195 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN HJERSMAN, individually and as parent and legal guardian of Marcus Hjersman, and MARCUS HJERSMAN, a minor, | ) ) ) ) | JUDGMENT |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ALLIANCE MOTOCROSS ASSOCIATION, INCORPORATED, | ) ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY GRUBBS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

In accordance with the Jury Verdict (Filing No. 127),

**IT IS ORDERED AND ADJUDGED:**

1. Judgment is entered in favor of the defendants John Hjersman, Marcus Hjersman and Alliance Motocross Association and against the plaintiff Jeffrey Wiese.

2. Terry Grubbs' motion for judgment as a matter of law at the close of Alliance Motocross Association's case in chief is denied, as moot.

3. The claims by Alliance Motocross Association for indemnification against Terry Grubbs and John Hjersman are dismissed, as moot.

DATED this 31st day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge